UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LISA MARTINEZ, | ) | |
| | ) | |
| Martinez, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01071-TWP-TAB |
| | ) | |
| FAMILY EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

This matter is before the Court on the Magistrate Judge's recommendation that the district judge dismiss this action due to Plaintiff Lisa Martinez's failure to prosecute. (Filing No. 22).

Martinez, represented by counsel (*see* Filing No. 6), initiated this action alleging that Defendant Family Express Corporation ("Defendant") discriminated and retaliated against her because of her disability and her association with Hispanic family members. (Filing No. 1). At the initial pretrial conference, Martinez's counsel advised the Court that he had lost contact with Martinez. Accordingly, the Court set a September 16, 2026, status conference and ordered Martinez to personally participate in the conference. (Filing No. 18 at 9). Martinez failed to appear at the September 16, 2026 conference. In response, the Court set an October 6, 2026 conference and ordered Martinez to appear and show cause for her failure to appear. (Filing No. 20). The parties appeared by counsel on October 6, 2026, for a telephonic status conference with the Magistrate Judge, but Martinez again failed to appear as ordered. The Court specifically warned Martinez that if she failed to appear at the October 6, 2026 conference the Magistrate Judge would

recommend dismissal of this action. *Id*. At the October 6 conference Martinez's counsel stated that he still has been unable to contact her despite efforts to do so.

On October 6, 2026, the Magistrate Judge recommended dismissal of this matter based on Martinez's failure to prosecute. (Filing No. 22). Thirty-seven days have passed and the docket does not reflect any action by Martinez to prosecute her claims in this case.

Accordingly, this action is **DISMISSED** with prejudice for failure to prosecute.

Judgment consistent with the entry will be issued in a separate order.

**IT IS SO ORDERED.**

Date: November 13, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Nathan A. Baker
BARNES & THORNBURG
nbaker@btlaw.com

Timothy A. Dowers
John H. Haskin & Associates
tdowers@jhaskinlaw.com

John H. Haskin
JOHN H. HASKIN & ASSOCIATES, LLC
jhaskin@jhaskinlaw.com

Koryn Michelle McHone
BARNES & THORNBURG, LLP (Indianapolis)
kmchone@btlaw.com